# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ, *an individual, on behalf of all others similarly situated, and on behalf of Aggrieved Employees*,<br><br>Plaintiff,<br><br>v.<br><br>LUXOTTICA OF AMERICA INC.,<br><br>Defendant. | Case No. 1:26-cv-06566-KES-SAB<br><br>ORDER VACATING OCTOBER 15, 2026 FINDINGS AND RECOMMENDATIONS AND GRANTING STIPULATION TO COMPEL ARBITRATION<br><br>(ECF No. 16) |

On August 24, 2026, Defendant filed a motion to compel arbitration, dismiss class claims, and stay representative PAGA claims. (ECF No. 7.) The matter was referred to the undersigned for the preparation of findings and recommendations by the assigned District Judge. (ECF No. 8.) On September 4, 2026, Plaintiff timely filed a notice of non-opposition to the motion. (ECF No. 13.) The undersigned took the matter under submission without hearing pursuant to Local Rule 202(b)(1) and issued findings and recommendations recommending granting Defendant's motion to compel arbitration on October 15, 2026. (ECF No. 14.) Shortly thereafter, the parties filed a stipulation to withdraw Defendant's motion to compel arbitration, to dismiss Plaintiff's class claims, and stay the representative PAGA claim. (ECF No. 16.)

In light of the stipulation, the Court will grant the stipulation pursuant to its terms. In the future, the parties are encouraged to file stipulations from the outset, as doing so avoids unnecessary expenditure of judicial resources, which are already strained by the Court's heavily

impacted docket.

Accordingly, it is HEREBY ORDERED that:

1. The Court APPROVES the parties' stipulation (ECF No. 16) and ORDERS that:

    a. Plaintiff shall submit all of his individual claims against Defendant, including Plaintiff's individual PAGA claim, to binding arbitration pursuant to the parties' arbitration agreement;

    b. Plaintiff's putative class claims are DISMISSED without prejudice;

    c. The non-individual, representative PAGA claims are STAYED pending competition of binding arbitration of Plaintiff's individual claims;

    d. All pending dates and matters are VACATED;

    e. The Court shall retain jurisdiction over Plaintiff's non-individual, representative PAGA claim; and

    f. Within 120 days from the entry of this order, the parties shall file a status report regarding the status of the arbitration. Based on the report, the Court will consider whether to impose a recurring status report schedule; and

2. The October 15, 2026 findings and recommendations (ECF No. 14) is VACATED.

IT IS SO ORDERED.

Dated: **October 22, 2026**

STANLEY A. BOONE
United States Magistrate Judge